IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RACHEL MCNEIL,

    Plaintiff,

v.                                  CASE NO. 4:14cv210-RH/CAS

GULF COAST COLLECTION
BUREAU, INC.,

    Defendant.

_____/

## ORDER CLOSING THE FILE

The plaintiff has filed a notice of voluntary dismissal without prejudice. ECF No. 9. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

SO ORDERED on May 15, 2014.

                                            s/Robert L. Hinkle
                                            United States District Judge